IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GIOVANNI, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| BAYER PROPERTIES, LLC, *Defendant* | : : : | No. 20-2215 |

## ORDER

**AND NOW**, this 3rd day of May, 2021, upon consideration of Defendant's Motion to Dismiss (Doc. No. 5), Mr. Giovanni's Response in Opposition to the Motion (Doc. No. 8), Defendant's Reply in Support of the Motion (Doc. No. 9), and oral argument held on April 15, 2021, it is **ORDERED**:

1. Defendant's Motion to Dismiss (Doc. No. 5) is **GRANTED** as to Mr. Giovanni's Failure to Accommodate, Retaliation, and Promissory Estoppel claims in both Count I and Count II of the Complaint (Doc. No. 1);

2. Defendant's Motion to Dismiss (Doc. No. 5) is **DENIED** in all other respects.

3. Should he wish to do so, Mr. Giovanni shall **FILE** an amended complaint on or before May 24, 2021.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1