IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GIOVANNI,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| BAYER PROPERTIES, LLC,<br>*Defendant* | : | No. 20-2215 |

## ORDER

AND NOW, this 7th day of September, 2021, upon consideration of Defendant's Motion to Dismiss (Doc. No. 20), Mr. Giovanni's Response in Opposition to the Motion (Doc. No. 22), and Defendant's Reply in Support of the Motion (Doc. No. 24), it is **ORDERED**:

1. Defendant's Motion to Dismiss (Doc. No. 20) is **GRANTED.**

2. Mr. Giovanni's Failure to Promote and Hostile Work Environment claims in Counts I and II are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1